UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ENRIQUE GONZALEZ                                                                    PLAINTIFF

v.                                        No. 2:21-CV-02084

MERRICK B. GARLAND, et al.                                                       DEFENDANTS

## **ORDER**

Defendants filed an unopposed motion (Doc. 7) to remand this case to United States Citizenship and Immigration Services ("USCIS"). Plaintiff filed an application for naturalization with USCIS and, in connection with that application, appeared for an interview on July 3, 2014. Plaintiff filed the instant action seeking a judicial determination on his naturalization application. USCIS has since completed its investigation and review of Plaintiff's application and is prepared to issue a decision. Plaintiff's application for naturalization is remanded to USCIS under 8 U.S.C. § 1447(b). USCIS is instructed to issue a decision on Plaintiff's naturalization application within 14 days of the entry of this order. The case may be reinstated within 60 days of this order if USCIS does not act on the application within 14 days of entry of this order.

IT IS THEREFORE ORDERED that Defendants' motion (Doc. 7) to remand is GRANTED and this matter is remanded to USCIS for adjudication of Plaintiff's naturalization application.

IT IS SO ORDERED this 7th day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE